```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TRUSTEES OF THE DRYWALL TAPERS AND                                     :
POINTERS LOCAL UNION NO. 1974 BENEFIT                                  :
FUNDS et al.,                                                          :
                                                                       :      20-CV-8398 (JPC)
                           Plaintiffs,                                 :
                                                                       :          ORDER
        -v-                                                            :
                                                                       :
FALCON & SON CORP.,                                                    :
                                                                       :
                           Defendant.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2020

JOHN P. CRONAN, United States District Judge:

On November 19, 2020, Plaintiffs moved for default judgment. (Dkt. 12). Pursuant to Rule 3.F of the Court's Individual Rules and Practices in Civil Cases, a party moving for default judgment must serve the motion on Defendant and file an Affidavit of Service on ECF within 14 days of filing the motion. To date, no Affidavit of Service has been filed on the docket. The Court directs Plaintiffs to file the Affidavit of Service by no later than December 15, 2020.

SO ORDERED.

Dated: December 4, 2020
New York, New York

JOHN P. CRONAN
United States District Judge