UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
TRUSTEES OF THE DRYWALL TAPERS AND :
POINTERS LOCAL UNION NO. 1974 BENEFIT :
FUNDS *et al.*, :
: 20 Civ. 8398 (JPC)
Plaintiffs, :
: ORDER
-v- :
:
:
FALCON & SON CORP., :
:
Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 7, 2021, the Court ordered Plaintiffs to file a status letter on next steps in this case. Dkt. 34. Plaintiffs then filed a proposed abstract of judgment, Dkt. 35, which the Clerk of Court has subsequently issued. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: January 5, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge